In the Matter of ALICE V. CONKLIN et al., Appellants, against THE BOARD OF CHILD WELFARE OF THE CITY OF NEW YORK et al., Appellants, and IDA J. AMANN et al., Interveners, Respondents.

Argued November 30, 1938; decided February 21, 1939.

*H. Eliot Kaplan* for petitioners-appellants.

*Joseph D. Allen* for respondents.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *Paxton Blair* of counsel), for defendants, appellants.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.